I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-2-05

DEPUTY CLERK

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED  EASTERN DIVISION
CLERK  U.S. DISTRICT COURT

JUN - 2 2005

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RORY C. FOLSOM,

          Petitioner,

vs.

WILLIAM A. DUNCAN,

          Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 05-3681-R (SGL)

ORDER REQUIRING RESPONSE TO PETITION

In order to facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED** that:

1.    The Clerk of this Court shall promptly (a) serve a copy of the Petition and a copy of this Order on respondent and the Attorney General for the State of California, or his authorized agent; and (b) serve a copy of this Order on petitioner.

2.    If respondent contends that the Petition can be decided without the Court reaching the merits of petitioner's claims (e.g., because respondent contends that petitioner is unable to satisfy the "in custody" requirement, or that petitioner has

DOCKETED ON CM

JUN - 3 2005

BY

1

failed to exhaust any state remedies as to any ground for relief alleged in the Petition, or that the Petition is barred by the applicable statute of limitations), respondent shall file a Motion to Dismiss within thirty (30) days of the date of this Order.[1] The Motion to Dismiss shall <u>not</u> address the merits of petitioner's claims, but rather shall be confined to the basis for respondent's contention that dismissal without reaching the merits of petitioner's claims is warranted.[2] At the time the Motion to Dismiss is filed, respondent shall lodge with the Court all records bearing on respondent's contention in this regard.

3.    If respondent files a Motion to Dismiss, petitioner shall file his opposition, if any, to the Motion within twenty (20) days of the date of service thereof. At the time the opposition is filed, petitioner shall lodge with the Court any records not lodged by respondent which petitioner believes may be relevant to the Court's determination of the Motion.

4.    Unless the Court orders otherwise, respondent shall <u>not</u> file a reply to petitioner's opposition to a Motion to Dismiss. If the Motion is denied, the Court will afford respondent adequate time to answer petitioner's claims on the merits.

5.    If respondent does not contend that the Petition can be decided without the Court reaching the merits of petitioner's claims, then respondent shall file and serve an Answer to Petition within forty-five (45) days of the date of this Order. At the time the Answer is filed, respondent shall lodge with the Court all records bearing on the merits of petitioner's claims, including the briefs specified in Rule 5(d)

---

[1]    If respondent contends that some or all of petitioner's claims are procedurally defaulted, such contention should not be made in a Motion to Dismiss, but rather should be made in an Answer to Petition which addresses the allegedly defaulted claims on the merits in the alternative.

[2]    If respondent contends that petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, the motion to dismiss shall also specify the state remedies still available to petitioner.

of the Rules Governing Section 2254 Cases in the United States District Courts. The Answer shall also specifically address the necessity for an evidentiary hearing to resolve any issue.

6.    Petitioner may file a single Reply responding to matters raised in the Answer within thirty (30) days of the date of service thereof. Any Reply filed by petitioner (a) shall state whether petitioner admits or denies each allegation of fact contained in the Answer; (b) shall be limited to facts or arguments responsive to matters raised in the Answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the Reply will not be considered, unless the Court grants leave to amend the Petition. No Reply shall exceed twenty-five (25) pages in length absent advance leave of Court for good cause shown.

7.    A request by a party for an extension of time within which to file any of the pleadings required hereunder will be granted only upon a showing of good cause, and should be made in advance of the due date of the pleading. Any such request shall be accompanied by a declaration explaining why an extension of time is necessary and by a proposed form of order granting the requested extension.

8.    Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date petitioner's opposition to a Motion to Dismiss and/or Reply is due.

9.    Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service may be returned to the submitting party and without consideration by the Court.

/

/

/

10.    Petitioner shall immediately notify the Court and counsel for respondents of any change of petitioner's address. If petitioner fails to keep the Court informed of where petitioner may be contacted, this action will be subject to dismissal for failure to prosecute. See also Local Rule 41-6.

DATED: _6/1/05_.

_____
STEPHEN G. LARSON
UNITED STATES MAGISTRATE JUDGE

4