SEND

FILED
CLERK, U.S DISTRICT COURT

JUN 2 8 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rory C. Folsom<br><br>Plaintiff(s),<br><br>v.<br><br>William A. Duncan<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 05-3681 R (SGL)<br><br>**ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224**<br>( Related Cases) |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Ronald S. W. Lew

_____     _____
*Date*                        *United States District Judge*

**TRANSFER ORDER**

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

**DECLINED**

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _____ Lew _____ for all further proceedings.

Manuel L. Real

_____     _____
*Date*                        *United States District Judge*

### DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

different cause of action / different facts

6-24-05
_____     _____
*Date*                        *United States District Judge*

**REASON FOR TRANSFER AS INDICATED BY COUNSEL:** Case ___ CV 00-7054 RSWL (SGL) ___ and the present case:

☐ A. appear to arise from the same or substantially identical transactions, happenings or events.
☒ B. involve the same or substantially the same parties or property.
☐ C. involve the same patent, trademark or copyright.
☐ D. call for determination of the same or substantially identical questions of law and fact.
☐ E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___ NA ___ to Magistrate Judge ___ NA ___.

**TRANSFER ORDER**
**DECLINED**

On all documents subsequently filed in this case, please substitute the initials ___ RSWL ___ after the case number in place of the initials of the prior judge, so that the case number will read CV 05-3681 RSWL (SGL) . This is very important because documents are routed to the assigned judges by means of these initials. The case file, including all documents, exhibits, docket, transcripts or depositions may be viewed at the ☒ Western  ☐ Southern  ☐ Eastern Division.

**Subsequent documents must be filed at the  ☒ Western  ☐ Southern  ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-34 (01/05)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

JUN 2 2 2005

ENTERED ON CM 6/28/05