BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
STEVEN MATTHEWS
Supervising Deputy Attorney General
ADRIAN N. TIGMO
Deputy Attorney General
State Bar No. 086603
  300 South Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 897-2390
  Facsimile: (213) 897-6496
  Email:DocketingLAAWT@doj.ca.gov
Attorneys for Respondent

Priority ☑
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 7 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY C. FOLSOM,<br><br>                   Petitioner,<br><br>       v.<br><br>JOHN C. MARSHALL, Warden,<br><br>                 Respondent. | CV 05-3681-R (SGL)<br><br>[~~PROPOSED~~] ORDER<br><br>U.S. Magistrate Judge<br>Hon. Stephen G. Larson |

Having considered Respondent's application for enlargement of time, and good cause appearing, IT IS ORDERED that the application is GRANTED and that Respondent is granted to and including October 1, 2005, in which to file and serve the ordered Return to Petition for Writ of Habeas Corpus.

Petitioner shall file his Traverse on November 1, 2005.

Presented by: _____
ADRIAN N. TIGMO
Deputy Attorney General

DATED: __SEP - 2 2005__

_____
Hon. STEPHEN G. LARSON

U.S. Magistrate Judge

DOCKETED ON CM

SEP - 8 2005

BY _____ 075

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **RORY C. FOLSOM v. JOHN C. MARSHALL, Warden**

Case No.:    **CV 05-03681 R (SGL)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **September 1, 2005**, I served the attached **[PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**Rory C. Folsom**
**D-29621**
**California Men's Colony**
**P.O. Box 8103 / 3215X**
**San Luis Obispo, CA 93409-8103**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **September 1, 2005**, at Los Angeles, California.

_____
Felipe P. Andaya
Declarant

_____
Signature

ANT:fa
**LA2005501572**
50058509.wpd