LOODGED

2005 NOV -2 AM 9: 24

BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
STEVEN MATTHEWS
Supervising Deputy Attorney General
ADRIAN N. TIGMO
Deputy Attorney General
State Bar No. 086603
 300 South Spring Street
 Los Angeles, CA 90013
 Telephone: (213) 897-2390
 Facsimile:  (213) 897-6496
 Email:DocketingLAAWT@doj.ca.gov
Attorneys for Respondent

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV -2 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

IN THE UNITED STATES DISTRICT COURTS

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY C. FOLSOM,<br><br>                                    Petitioner,<br><br>           v.<br><br>JOHN C. MARSHALL, Warden,<br><br>                                    Respondent. | CV 05-3681-R (SGL)<br><br>[PROPOSED] ORDER<br><br>U.S. Magistrate Judge<br>Hon. Stephen G. Larson |

Having considered Respondent's application for enlargement of time, and good cause appearing, IT IS ORDERED that the application is GRANTED and that Respondent is granted to and including December 2, 2005, in which to file and serve the ordered Return to Petition for Writ of Habeas Corpus.

Petitioner shall file his January 2, 2006.

Presented by: _____
                        ADRIAN N. TIGMO
                        Deputy Attorney General

DATED: __NOV -2 2005__

_____
Hon. STEPHEN G. LARSON
U.S. Magistrate Judge

DOCKETED ON CM

NOV -3 2005

BY _____ 075

## DECLARATION OF SERVICE

Case Name:  **Rory C. Folsom v. John C. Marshall, Warden**
Case No.:   CV 05-3681-R(SGL)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 1, 2005</u>, I placed the attached

### [PROPOSED] ORDER

in the internal mail collection system at the Office of the Attorney General, 300 S. Spring Street, Los Angeles, California 90013, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

> Rory C. Folsom
> D-29621
> **California Men's Colony**
> P.O. Box 8103 / 3215X
> San Luis Obispo, CA  93409

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on <u>November 1, 2005</u>, at Los Angeles, California.

Maria Lasso _____

_____
Signature

LA2005501572
Adrian N. Tigmo