# PRIORITY SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### 3470 Twelfth Street, Riverside, California 92305
### CIVIL MINUTES-GENERAL

Case No. 05-03681 R (SGL)                    Date:    December 27, 2005

Title:  RORY C. FOLSOM, Petitioner -v- JOHN C. MARSHALL, Warden/ Respondent

PRESENT: THE HONORABLE STEPHEN G. LARSON, U.S. MAGISTRATE JUDGE

Jim Holmes
Deputy Clerk                                          Tape No.  None

ATTORNEYS PRESENT FOR Petitioner:              ATTORNEYS PRESENT FOR Respondent:
Not Present                                    Not Present

PROCEEDINGS: ( In Chambers)
ORDER SETTING BRIEFING SCHEDULE ON RESPONDENT'S MOTION TO VACATE ORDER etc., FILED 12/23/05 AND TAKING MATTER UNDER SUBMISSION

The Court is in receipt of respondent's motion to vacate order etc., filed **December 23, 2005**.

The petitioner has 20 days from the date of this order in which to file his written opposition papers.  The respondent shall have 10 days from receipt of petitioner's opposition to file a reply, if any.  Pursuant to Fed. R. Civ. P. 78, the above-referenced motion will stand submitted on the timely filed briefs.  Thereafter, the Court will issue a written order.

The petitioner is advised that failure to file an opposition to the above matter, may be deemed consent to the granting of the motion.  Local Rule 7.9.  Failure to comply with the Federal Rules of Civil Procedure, the Local Rules for the Central District of California, or a Court Order may result in the imposition of sanctions, including dismissal of the case.

IT IS SO ORDERED.

cc:    Judge
       parties

DOCKETED ON CM

DEC 2 8 2005

Initials of Preparer jh

CV-90 (10/98)        CIVIL MINUTES  -  GENERAL