

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of a Calendar for Magistrate Judge OSWALD PARADA | CV05-3681 R(SGL)<br><br>ORDER OF THE CHIEF MAGISTRATE JUDGE<br><br>00 032 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Magistrate Judge OSWALD PARADA,

IT IS HEREBY ORDERED that the following cases are transferred from the calendar of Magistrate Judge STEPHEN G. LARSON to the calendar of Magistrate Judge OSWALD PARADA for all further proceedings:

    CV 04 213 AHS(SGL)   Michael Franco v. Sarva Grover, et al.
    CV 05 2672 DOC(SGL)   John Esslinger v. JoAnne B. Barnhart
&#42; CV 05 3681 R(SGL)   Rory C. Folsom v. John C. Marshall
    CV 05 4940 GAF(SGL)   Gabriel Ayala Jr. v. A.P. Kane
    CV 05 6436 CAS(SGL)   Miguel Mendoza v. Roderick Q. Hickman
    CV 05 7086 GHK(SGL)   Sebastian Blount v. G.J. Giurbino
    CV 05 7868 MMM(SGL)  Richard Gomez v. James Yates
    CV 05 8387 DSF(SGL)   Enrique Nava v. Jeanne Woodford

Dated: January 20 , 2006

Ralph Zarefsky, Chief Magistrate Judge

DOCKETED ON CM

JAN 25 2006