SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV05-3681-R(OP) | Date | January 30, 2006 |
|---|---|---|---|

| Title | RORY C. FOLSOM vs. JOHN C. MARSHALL, Warden |
|---|---|

Present: The Honorable OSWALD PARADA, UNITED STATES MAGISTRATE JUDGE

| Maynor Galvez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**        (IN CHAMBERS): TRANSFER OF CASE TO MAGISTRATE JUDGE PARADA


This action has been reassigned to the Honorable Oswald Parada, United States Magistrate Judge pursuant to Order of the Chief Magistrate Judge re transfer of cases filed on January 20, 2006.  The United States District Judge's assignment remains the same.

Please substitute the initials **OP** in place of the initials **SGL**.  The case number will now read: **CV 05-3681-R(OP)**.  As documents are routed using the judge's initials, it is important to use the correct initials on all subsequent filings.  Magistrate Judge Parada's courtroom deputy clerk, Maynor Galvez, can be reached at (951) 328-4463.

Magistrate Judge Parada's courtroom is located in courtroom 3, at the Riverside Courthouse, 3470 Twelfth St., Riverside, California 92501.  All orders previously issued remain in effect.



DOCKETED ON CM
FEB 3 2006
BY

| | Initials of Preparer | MG |
|---|---|---|

CV-90 (06/04)                     CIVIL MINUTES - GENERAL                     Page 1 of 1