ROGER S. HANSON
State Bar # 37966
1517 E. 4th St.
Santa Ana, CA 92701
Telephone (714) 953-0638

Counsel for Petitioner

LODGED

2006 JAN 30 PM 2:29

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

FILED
CLERK, U.S. DISTRICT COURT

FEB -7 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RORY C. FOLSOM,

    Petitioner,

v.

JOHN C. MARSHALL, Warden,

    Respondent.

Case No. **05-CV-03681 R (SGL)**

~~PROPOSED~~ **ORDER**

Hon. Oswald Parada
U.S. Magistrate Judge.

Having considered Petitioner's application for an enlargement of time, and good cause appearing, IT IS ORDERED that the application is GRANTED and that Petitioner shall have to and including March 8, 2006, in which to file and serve opposition to Respondent's motion to vacate the Court's order for a response.

Presented by Roger S. Hanson, counsel for Petitioner

DATED _2/7/06_

DOCKETED ON CM

FEB -7 2006

BY _____ 109

_____
Hon. Oswald Parada
U.S. Magistrate Judge

FOLSOM v. MARSHALL; Request for 30-day Extension of Time

(30)