Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES-GENERAL

Case No. <u>CV 05-3681-R (OP)</u>                    Date _____<u>April 19, 2006</u>_____

Title: <u>Rory C. Folsom v. John C. Marshall, Warden</u>

--------------------------------------------------------------------------

☐ **U.S. DISTRICT JUDGE**

PRESENT: THE HONORABLE _____OSWALD PARADA_____

☒ **MAGISTRATE JUDGE**

<u>Maynor Galvez</u>            <u>N/A</u>            <u>N/A</u>
Deputy Clerk        Court Reporter / Recorder        Tape No.

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                NONE

**PROCEEDINGS:    (IN CHAMBERS: EXTENSION OF TIME TO FILE OPPOSITION)**

On December 23, 2005, respondent filed a Motion to Vacate Order Requiring Response. On February 7, 2006, this Court granted petitioner's request for an extension of time to file an opposition to respondent's motion. Petitioner was given until March 8, 2006, to file an opposition. No opposition has been received from petitioner. The Court hereby grants petitioner an additional thirty (30) days from the date of this order to file an opposition to respondent's motion to vacate. If no response is received by the Court, the matter will be deemed under submission.

Petitioner is reminded that failure to file an opposition may be deemed consent to the granting of the motion. <u>See</u> L.R. 7-12.


cc:  All parties of Record



DOCKETED ON CM
APR 2 1 2006
BY _____ 107



Initials of Deputy Clerk_____

CV-90 (10/98)                                CIVIL
MINUTES  -  GENERAL