LODGED

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 5 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | |
|---|---|
| **RORY C. FOLSOM,** | CV-05-03681 R (OP) |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **JOHN C MARSHALL, WARDEN,** | Courtroom:    3 |
| Respondent. | Judge:    The Honorable Oswald Parada |

Counsel for Respondent has requested a thirty (30) day extension of time to file an Answer to the Petition. The Court grants the request for an extension of time.

IT IS HEREBY ORDERED that Respondent shall have until November 1, 2006, to file an Answer to the Petition. All other provisions of the Court's June 2, 2006, order shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: _10/4/06_

_____
HONORABLE OSWALD PARADA
UNITED STATES MAGISTRATE JUDGE

50120657.wpd
SD2006701217

DOCKETED ON CM

OCT - 5 2006

BY

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Folsom v. Marshall**

No.:   **CV-05-03681 R (OP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 29, 2006, I served the attached **[PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA  90013, addressed as follows:

Roger S. Hanson, Esq.
Law Office of Roger Hanson
1517 E. Fourth Street
Santa Ana, CA 92701
Attorney for Petitioner Rory C. Folsom
CDC # D-29621

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 29, 2006, at Los Angeles, California.

| Michelle A. Dale | |
|---|---|
| Declarant | Signature |

50120679.wpd