ORIGINAL

ROGER S. HANSON
State Bar # 37966
1517 E. 4th Street
Santa Ana, CA 92701
Telephone (714) 953-0638

Counsel for Petitioner
RORY C. FOLSOM

FILED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 1 2006

CENTRAL DISTRICT OF CALIFORNIA
BY            DEP
NOV 27 2006

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RORY C. FOLSOM, | ) Case No. **05-CV-03681 R (OP)** |
|---|---|
| Petitioner, | ) **PETITIONER'S REQUEST FOR** |
| v. | ) **30-DAY EXTENSION OF TIME** |
|  | ) **IN WHICH TO FILE TRAVERSE** |
| JOHN C. MARSHALL, Warden, | ) |
| Respondent. | ) |

To THE HONORABLE OSWALD PARADA, United States Magistrate Judge:

Petitioner respectfully applies for a 30-day extension until December 31, 2006, in which to file the Traverse. This request is based on the number and complexity of issues raised in the Answer, and Respondent's failure to serve Petitioner's counsel with the exhibits lodged therewith. Counsel's staff has spoken with the Deputy Attorney General assigned to the case who has promised to provide the exhibits when he has time to do so, and stated that he has no objection to the herein application.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated November 21, 2006, at Santa Ana, California.

**IT IS SO ORDERED**

_____
United States Magistrate Judge

Date: 11/29/06

Respectfully submitted,

_____
Roger S. Hanson, Counsel for Petitioner

FOLSOM v. MARSHALL; Request for 30-day Extension of Time

## DECLARATION OF SERVICE BY MAIL

Case Name: **Folsom v. Marshall, No. 05-CV-03681 R (OP)**

I declare that I am a citizen of the United States.  I am over the age of 18 and am not a party to the within title cause.

On *November 22, 2006*, I served the attached

**Request for Extension of Time**

on the parties listed below by enclosing same in an envelope to which adequate postage was affixed, and depositing same at the United States Post Office in Walnut, California for mailing.

**Attorney General**
**300 S. Spring Street**
**Los Angeles, CA  90013**

I declare, under penalty of perjury, that the facts I have stated above are true and correct.

Dated *November 22, 2006*, at Walnut, California

Declarant