

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT

SEP 14 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

CLERK, U.S. DISTRICT COURT

SEP 13 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(D).

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RORY C. FOLSOM,                          )    Case No. CV 05-3681-R (OP)
                    Petitioner,          )    J U D G M E N T
        vs.                              )
                                         )
JOHN C. MARSHALL, Warden,                )
                    Respondent.          )
                                         )

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: Sept. 12, 2007

HONORABLE MANUEL L. REAL
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

DOCKETED ON CM

SEP 14 2007

045